No. 95–5772.  CHIA *v.* UNITED STATES ET AL.  C. A. 9th Cir. Certiorari denied.

No. 95–5788.  ATTWOOD *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 95–5799.  FRANCHI *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–5856.  TURNER *v.* UNITED STATES;
No. 95–5917.  WILWRIGHT *v.* UNITED STATES; and
No. 95–5959.  DUSKIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–5858.  HOYTE ET AL. *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 95–5885.  CARRIERE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–5914.  ROUTT *v.* UNITED STATES; and
No. 95–5920.  SHEPHARD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 95–5937.  OGUNDEKO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 95–5938.  HAYMOND *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 95–5942.  PRINCE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–5946.  PAYNE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–5948.  WALTON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 95–5952.  BARRIOS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–5953.  MINOR *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 95–5960.  SMITH *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.